| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MORRIS & ASSOCIATES<br>STEPHEN B. MORRIS, 126192<br>444 WEST C STREET STE. 300<br>SAN DIEGO, CA 92101 | (619) 239-1300 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>ANGELINA/EXPEDITORS INT'L | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
KINGERY

DEFENDANT:
EXPEDITOR'S INTERNATIONAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2510 SC |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Complaint;** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

ON: EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., A WASHINGTON CORPORATION CONDUCTING BUSINESS IN THE STATE OF CALIFORNIA

AT 818 WEST SEVENTH ST
   LOS ANGELES, CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
JUAN DE PABLO, - AGENT FOR SERVICE OF PROCESS

ON: 05/30/2008
AT: 02:30 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $52.50
  Registered California process server.
  County: LOS ANGELES
  Registration No.: 2729
  Diversified Legal Services, Inc.
  4665 Park Blvd
  San Diego, CA 92116
  6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 20, 2008 at San Diego, California.

Signature: _____
WALTER EAKIN 154717

## PROOF OF SERVICE

Order#: 154717/GProof39