1  LUANNE SACKS (Bar No. 120811)
   luanne.sacks@dlapiper.com
2  CARTER W. OTT (Bar No. 221660)
   carter.ott@dlapiper.com
3  DLA PIPER US LLP
   153 Townsend Street, Suite 800
4  San Francisco, CA  94107-1957
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  Attorneys for Defendant
   EXPEDITORS INTERNATIONAL OF
7  WASHINGTON, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10,<br><br>Defendant. | CASE NO.  08 CV 02510 SC<br><br>**CERTIFICATE OF SERVICE** |

DLA PIPER US LLP
SAN FRANCISCO

WEST\21462738.1

-1-

CERTIFICATE OF SERVICE
CASE NO. 08 CV 02510 SC

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On July 7, 2008, I served the within documents:

**ANSWER TO ORIGINAL COMPLAINT FOR DAMAGES AND RELIEF**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Walter L. Haines<br>United Employers Law Group, P.C.<br>65 Pine Avenue, Suite 312<br>Long Beach, CA 90802<br>Tel: 877-696-8378<br>Fax: 562-256-1006<br>Email: walter@whaines.com | Attorneys for Plaintiff<br>RICHARD KINGERY |
| Mark Clare Hinkley<br>Morris and Associates<br>444 West C Street, Suite 300<br>San Diego, CA 92101<br>Tel: 619-239-1300<br>Fax: 619-234-3672 | Attorneys for Plaintiff<br>RICHARD KINGERY |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on July 7, 2008, at San Francisco, California.

_____
MATILDA W. THOMAS

-2-

WEST\21462738.1

CERTIFICATE OF SERVICE
CASE NO. 08 CV 02510 SC