# UNITED STATES DISTRICT COURT

## Northern District of California

RICHARD KINGERY, an individual, on
behalf of himself, and on behalf of all
persons similarly situated,

**CASE NO.  08-cv-02510-SC**

Plaintiff(s),

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., et al.,

Defendant(s).
_____/

Stellman Keehnel , an active member in good standing of the bar of

USDistrict Court Western District of Washington   whose business address and telephone number

(particular court to which applicant is admitted)

is

Stellman Keehnel, stellman.keehnel@dlapiper.com, DLA PIPER US LLP,
701 Fifth Avenue, Suite 7000, Seattle, WA  98104-7044, Tel: 206.839-4800, Fax: 206 839-4801

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant Expeditors International,

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  7/10/08



United ... Judge
IT IS SO ORDERED
Judge Samuel Conti