UNITED STATES DISTRICT COURT

Northern District of California

RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,

                Plaintiff(s),

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.,

                Defendant(s).

CASE NO. 08-cv-02510-SC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

        R. Omar Riojas, an active member in good standing of the bar of USDistrict Court Western District of Washington whose business address and telephone number (particular court to which applicant is admitted) is

R. Omar Riojas, omar.riojas@dlapiper.com, DLA PIPER US LLP,
701 Fifth Avenue, Suite 7000, Seattle, WA 98104-7044, Tel: 206.839-4800, Fax: 206 839-4801

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Expeditors International,

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/10/08



IT IS SO ORDERED

Judge Samuel Conti