1    LUANNE SACKS (CA Bar No. 120811)
     luanne.sacks@dlapiper.com
2    CARTER W. OTT (CA Bar No. 221660)
     carter.ott@dlapiper.com
3    DLA PIPER US LLP
     153 Townsend Street, Suite 800
4    San Francisco, CA  94107-1957
     Tel: 415.836.2500
5    Fax: 415.836.2501

6    STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
     Washington Bar No. 9309
7    stellman.keehnel@dlapiper.com
     KIT W. ROTH (Admitted *Pro Hac Vice*)
8    Washington Bar No. 33059
     kit.roth@dlapiper.com
9    R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
     Washington Bar No. 35400
10   omar.riojas@dlapiper.com
     DLA PIPER US LLP
11   701 Fifth Avenue, Suite 7000
     Seattle, WA  98104-7044
12   Tel: 206.839.4800
     Fax: 206.839.4801

13

14   Attorneys for Defendant
     EXPEDITORS INTERNATIONAL OF
     WASHINGTON, INC.

15

16              UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA

18            SAN FRANCISCO DIVISION

19   RICHARD KINGERY, an individual, on      CASE NO.  3:08-cv-02510-SC
     behalf of himself, and on behalf of all
20   persons similarly situated,            **NOTICE OF ENTRY OF ORDERS**
                                   **GRANTING APPLICATION FOR**
21             Plaintiff(s),         **ADMISSION OF ATTORNEYS *PRO HAC***
                                   ***VICE***
22             v.

23   EXPEDITORS INTERNATIONAL OF
     WASHINGTON, INC., a Washington
24   corporation conducting business in the
     State of California, and Does 1 to 10,
25
            Defendant(s).
26

27   /////

28   /////

DLA PIPER US LLP    WEST\21465801.1               -1-
                   NOTICE OF ENTRY OF ORDERS GRANTING *PRO HAC VICE* APPLICATIONS
                                              CASE NO. 3:08-cv-02510-SC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on July 10, 2008 the above-entitled court entered three Orders Granting Application for Admission of Attorneys *Pro Hac Vice*.

      True and correct copies of these Orders are attached hereto as Exhibits A through C and incorporated herein by reference.

Dated:  July *10*, 2008

                DLA PIPER US LLP

                By _____

                   CARTER W. OTT
                   Attorneys for Defendant
                   EXPEDITORS INTERNATIONAL OF
                   WASHINGTON, INC.

# EXHIBIT A

UNITED STATES DISTRICT COURT

Northern District of California

RICHARD KINGERY, an individual, on
behalf of himself, and on behalf of all
persons similarly situated,

                    Plaintiff(s),

     v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., et al.,

                    Defendant(s).
_____/

CASE NO. 08-cv-02510-SC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Stellman Keehnel  , an active member in good standing of the bar of
US District Court Western District of Washington   whose business address and telephone number
(particular court to which applicant is admitted)
is

Stellman Keehnel, stellman.keehnel@dlapiper.com, DLA PIPER US LLP,
701 Fifth Avenue, Suite 7000, Seattle, WA 98104-7044, Tel: 206.839.4800, Fax: 206 839-4801

having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Defendant Expeditors International,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designated in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated:  7/10/08



IT IS SO ORDERED
United                  
Judge Samuel Conti

UNITED STATES DISTRICT COURT
For the Northern District of California

**Thomas, Tee**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, July 10, 2008 1:49 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-02510-SC Kingery v. Expeditors International of Washington, Inc. Order on Motion for Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 7/10/2008 1:48 PM and filed on 7/10/2008
**Case Name:**       Kingery v. Expeditors International of Washington, Inc.
**Case Number:**     3:08-cv-2510
**Filer:**
**Document Number:** 11

**Docket Text:**
**ORDER by Judge Samuel Conti granting [8] Motion for attorney Stellman Keehnel to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 7/10/2008)**

**3:08-cv-2510 Notice has been electronically mailed to:**

Stephen Bryan Morris    morris@sandiegolegal.com, ang@sandiegolegal.com

Carter Winford Ott    carter.ott@dlapiper.com, tee.thomas@dlapiper.com

Luanne R. Sacks    luanne.sacks@dlapiper.com, kathleen.fischer@dlapiper.com

**3:08-cv-2510 Notice has been delivered by other means to:**

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue, Suite 312
Long Beach, CA 90802

Mark Clare Hinkley
Morris and Associates
444 West C Street, Suite 300
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\SCALL\PDFtoEFile\08-2510 keehnel pro hac.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/10/2008] [FileNumber=4522305-0]

[59efb974798e2697b77b98dc098e7ae9f0f2ac827fe6e15b0a343dc817291b3b30c05
f1c2497e63e2a2a154df3bdd0a4d042cd09ca9721e43eaa3dce95308b87]]

# EXHIBIT B

1

2                          UNITED STATES DISTRICT COURT

3                             Northern District of California

4

5    RICHARD KINGERY, an individual, on
     behalf of himself, and on behalf of all
6    persons similarly situated,                    CASE NO.  08-cv-02510-SC

7                                                    (Proposed)
                              Plaintiff(s),          ORDER GRANTING APPLICATION
8          v.                                        FOR ADMISSION OF ATTORNEY
                                                     *PRO HAC VICE*
9    EXPEDITORS INTERNATIONAL OF
     WASHINGTON, INC., et al.,
10

11
                              Defendant(s).    /
12

13              Kit W. Roth   , an active member in good standing of the bar of

14   USDistrict Court Western District of Washington   whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   Kit W. Roth, kit.roth@dlapiper.com, DLA PIPER US LLP,
     701 Fifth Avenue, Suite 7000, Seattle, WA  98104-7044, Tel: 206.839-4800, Fax: 206 839-4801
18

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing Defendant Expeditors International,

21          IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designated in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated:      7/10/08

28
                                              
                                              United

UNITED STATES DISTRICT COURT
For the Northern District of California

**Thomas, Tee**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, July 10, 2008 1:51 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-02510-SC Kingery v. Expeditors International of Washington, Inc. Order on Motion for Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 7/10/2008 1:51 PM and filed on 7/10/2008
**Case Name:**         Kingery v. Expeditors International of Washington, Inc.
**Case Number:**     3:08-cv-2510
**Filer:**
**Document Number:** 12

**Docket Text:**
**ORDER by Judge Samuel Conti granting [9] Motion for attorney Kit Roth to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 7/10/2008)**

**3:08-cv-2510 Notice has been electronically mailed to:**

7/10/2008

Stephen Bryan Morris    morris@sandiegolegal.com, ang@sandiegolegal.com

Carter Winford Ott    carter.ott@dlapiper.com, tee.thomas@dlapiper.com

Luanne R. Sacks    luanne.sacks@dlapiper.com, kathleen.fischer@dlapiper.com

**3:08-cv-2510 Notice has been delivered by other means to:**

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue, Suite 312
Long Beach, CA 90802

Mark Clare Hinkley
Morris and Associates
444 West C Street, Suite 300
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\SCALL\PDFtoEFile\08-2510 roth pro hac.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/10/2008] [FileNumber=4522325-0]

[62679d104f99e1ce6be78f4dde4a37ae821b455363479591afe1cc8e4c9797c1b374d
693f6e2fa5aac24ffdbb4ecc827b594406692eb41f8168cf6ec9936d847]]

# EXHIBIT C

1

2           UNITED STATES DISTRICT COURT

3              Northern District of California

4

5   RICHARD KINGERY, an individual, on
    behalf of himself, and on behalf of all
6   persons similarly situated,                    CASE NO. 08-cv-02510-SC

7                      Plaintiff(s),               (Proposed)
                                                   ORDER GRANTING APPLICATION
8            v.                                    FOR ADMISSION OF ATTORNEY
                                                   *PRO HAC VICE*
9   EXPEDITORS INTERNATIONAL OF
    WASHINGTON, INC., et al.,
10

11

12                     Defendant(s).        /

13                         R. Omar Riojas   , an active member in good standing of the bar of

14   USDistrict Court Western District of Washington   whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   R. Omar Riojas, omar.riojas@dlapiper.com, DLA PIPER US LLP,
     701 Fifth Avenue, Suite 7000, Seattle, WA  98104-7044, Tel: 206.839-4800, Fax: 206 839-4801
18

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing Defendant Expeditors International,

21          IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designated in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated:     7/10/08

28                                          

                                            IT IS SO ORDERED

                                            United

                                            Judge Samuel Conti

**Thomas, Tee**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, July 10, 2008 1:52 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-02510-SC Kingery v. Expeditors International of Washington, Inc. Order on Motion for Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 7/10/2008 1:52 PM and filed on 7/10/2008
**Case Name:**       Kingery v. Expeditors International of Washington, Inc.
**Case Number:**    3:08-cv-2510
**Filer:**
**Document Number:** 13

**Docket Text:**
**ORDER by Judge Samuel Conti granting [10] Motion for attorney R. Omar Riojas to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 7/10/2008)**

**3:08-cv-2510 Notice has been electronically mailed to:**

7/10/2008

Stephen Bryan Morris    morris@sandiegolegal.com, ang@sandiegolegal.com

Carter Winford Ott    carter.ott@dlapiper.com, tee.thomas@dlapiper.com

Luanne R. Sacks    luanne.sacks@dlapiper.com, kathleen.fischer@dlapiper.com

**3:08-cv-2510 Notice has been delivered by other means to:**

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue, Suite 312
Long Beach, CA 90802

Mark Clare Hinkley
Morris and Associates
444 West C Street, Suite 300
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\SCALL\PDFtoEFile\08-2510 Riojas pro hac.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/10/2008] [FileNumber=4522328-0]

[b057e97e4a4aae6809f52f3c93f5905db443c6cb5c2702224362aee8537c869a0343c
c9c716f4d58e7663d698d807fd1dab0d3b0923c17dfed407f1e8ff1bdfe]]