| | |
|---|---|
| 1 | LUANNE SACKS (CA Bar No. 120811) |
|   | luanne.sacks@dlapiper.com |
| 2 | CARTER W. OTT (CA Bar No. 221660) |
|   | carter.ott@dlapiper.com |
| 3 | DLA PIPER US LLP |
|   | 153 Townsend Street, Suite 800 |
| 4 | San Francisco, CA  94107-1957 |
|   | Tel:  415.836.2500 |
| 5 | Fax: 415.836.2501 |

STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
Washington Bar No. 9309
stellman.keehnel@dlapiper.com
KIT W. ROTH (Admitted *Pro Hac Vice*)
Washington Bar No. 33059
kit.roth@dlapiper.com
R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
Washington Bar No. 35400
omar.riojas@dlapiper.com
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044
Tel:  206.839.4800
Fax: 206.839.4801

Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. 3:08-cv-02510-SC |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10, | |
| Defendant(s). | |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On July 10, 2008, I served the within documents:

**NOTICE OF ENTRY OF ORDERS GRANTING APPLICATION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Walter L. Haines<br>United Employers Law Group, P.C.<br>65 Pine Avenue, Suite 312<br>Long Beach, CA 90802<br>Tel: 877-696-8378<br>Fax: 562-256-1006<br>Email: walter@whaines.com | Attorneys for Plaintiff<br>RICHARD KINGERY |
| Mark Clare Hinkley<br>Morris and Associates<br>444 West C Street, Suite 300<br>San Diego, CA 92101<br>Tel: 619-239-1300<br>Fax: 619-234-3672 | Attorneys for Plaintiff<br>RICHARD KINGERY |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on July 10, 2008, at San Francisco, California.

*/s/ Matilda W. Thomas*
MATILDA W. THOMAS