Clerk's Use Only

Initial for fee pd.:

PATRICK T. JORDAN
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Tel: (206) 839-4800

FILED
08 JUL 18 AM 11:30
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RICHARD KINGERY, an individual on behalf of himself, and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.,

    Defendant(s).

CASE NO. 3:08-cv-02510-SC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Patrick T. Jordan, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Expeditors International in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Luanne Sacks, Bar No. 120811, DLA PIPER US LLP, 153 Townsend Street, Suite 800, San Francisco, CA 94107-1957, Tel: (415) 836-2500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2008

Patrick T. Jordan

UNITED STATES DISTRICT COURT

Northern District of California

RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,

        Plaintiff(s),

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.,

        Defendant(s).

CASE NO.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Patrick T. Jordan, an active member in good standing of the bar of the Supreme Court of the State of Washington, whose business address and telephone number (particular court to which applicant is admitted) is

Patrick T. Jordan, patrick.jordan@dlapiper.com, DLA PIPER US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104-7044, Tel: (206) 839-4800, Fax: (206) 839-4801

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Expeditors International.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

                                                United States Magistrate Judge