LUANNE SACKS (CA Bar No. 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (CA Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
Washington Bar No. 9309
stellman.keehnel@dlapiper.com
KIT W. ROTH (Admitted *Pro Hac Vice*)
Washington Bar No. 33059
kit.roth@dlapiper.com
R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
Washington Bar No. 35400
omar.riojas@dlapiper.com
PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
Washington Bar No. 40292
patrick.jordan@dlapiper.com
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Tel: 206.839.4800
Fax: 206.839.4801

Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>        Plaintiff(s),<br><br>        v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10,<br><br>        Defendant(s). | CASE NO. 3:08-cv-02510-SC<br><br>**NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

/////

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on July 22, 2008 the above-entitled court entered an

Order Granting Application for Admission of Attorney *Pro Hac Vice.*

    A true and correct copy of this Order is attached hereto as Exhibit A and incorporated

herein by reference.

Dated:  July 23, 2008                     DLA PIPER US LLP


By          /s/ Carter W. Ott
                  CARTER W. OTT
                  Attorneys for Defendant
                  EXPEDITORS INTERNATIONAL OF
                  WASHINGTON, INC.

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## Northern District of California

RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,

Plaintiff(s),

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.,

Defendant(s).

/

CASE NO. C-08-2510-SC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Patrick T. Jordan                    , an active member in good standing of the bar of

the Supreme Court of the State of Washington,        whose business address and telephone number

(particular court to which applicant is admitted)

is

Patrick T. Jordan, patrick.jordan@dlapiper.com, DLA PIPER US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104-7044, Tel: (206) 839-4800, Fax: (206) 839-4801

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Expeditors International.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg   7/22/08

United S[tates District] Judge



*(left margin)* UNITED STATES DISTRICT COURT For the Northern District of California

**Thomas, Tee**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, July 22, 2008 2:40 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-02510-SC Kingery v. Expeditors International of Washington, Inc. Order on Motion for Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 7/22/2008 2:39 PM and filed on 7/22/2008
**Case Name:**        Kingery v. Expeditors International of Washington, Inc.
**Case Number:**    3:08-cv-2510
**Filer:**
**Document Number:** 17

**Docket Text:**
**ORDER by Judge Samuel Conti granting [16] Motion for attorney Patrick Jordan to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 7/22/2008)**

**3:08-cv-2510 Notice has been electronically mailed to:**

Stellman Keehnel    stellman.keehnel@dlapiper.com, aj.tangeman@expeditors.com, diankha.linear@expeditors.com, nina.marie@dlapiper.com, patsy.howson@dlapiper.com

Stephen Bryan Morris    morris@sandiegolegal.com, ang@sandiegolegal.com

Carter Winford Ott    carter.ott@dlapiper.com, tee.thomas@dlapiper.com

R. Omar Riojas    omar.riojas@dlapiper.com, karen.hansen@dlapiper.com

Kit W. Roth    kit.roth@dlapiper.com, shelley.barolet@dlapiper.com

Luanne R. Sacks    luanne.sacks@dlapiper.com, kathleen.fischer@dlapiper.com

**3:08-cv-2510 Notice has been delivered by other means to:**

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue, Suite 312
Long Beach, CA 90802

Mark Clare Hinkley
Morris and Associates
444 West C Street, Suite 300
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\SCALL\PDFtoEFile\08-2510 PRO HAC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/22/2008] [FileNumber=4550645-0]

[81cf43891b8a379a228177b174767e613da4673ea8f7061e0721cbf4ac95212514a1f
6e865b64812264171b5d7e6eb6a1ea8c6e92f08fb1ab3dc05eda41e7d3f]]