1  LUANNE SACKS (CA Bar No. 120811)
   luanne.sacks@dlapiper.com
2  CARTER W. OTT (CA Bar No. 221660)
   carter.ott@dlapiper.com
3  DLA PIPER US LLP
   153 Townsend Street, Suite 800
4  San Francisco, CA  94107-1957
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
   Washington Bar No. 9309
7  stellman.keehnel@dlapiper.com
   KIT W. ROTH (Admitted *Pro Hac Vice*)
8  Washington Bar No. 33059
   kit.roth@dlapiper.com
9  R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
   Washington Bar No. 35400
10 omar.riojas@dlapiper.com
   PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
11 Washington Bar No. 40292
   patrick.jordan@dlapiper.com
12 DLA PIPER US LLP
   701 Fifth Avenue, Suite 7000
13 Seattle, WA  98104-7044
   Tel: 206.839.4800
14 Fax: 206.839.4801

15 Attorneys for Defendant
   EXPEDITORS INTERNATIONAL OF
16 WASHINGTON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10,<br><br>Defendant(s). | CASE NO.  3:08-cv-02510-SC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 15, 2008

By */s/ Diankha Linear*
DIANKHA LINEAR
Assistant Corporate Counsel
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

Dated: August 15, 2008          DLA PIPER US LLP

By */s/ R. Omar Riojas*
R. OMAR RIOJAS
Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

1
2        DECLARATION OF R. OMAR RIOJAS
         REGARDING SIGNATURES PURSUANT TO GENERAL ORDER NO. 45

3    I, R. Omar Riojas, am the ECF User whose ID and password are being used to file
4 this ADR Certification By Parties And Counsel. In compliance with General Order No. 45, X.B.,
5 I hereby attest that Diankha Linear has concurred in this filing.

6    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
7 "conformed" signature (/S/) within this efiled document.

8
Dated:  August 15, 2008            DLA PIPER US LLP
9

10
                                   By  */s/ R. Omar Riojas*
11                                     R. OMAR RIOJAS
                                       Attorneys for Defendant
12                                     EXPEDITORS INTERNATIONAL OF
                                       WASHINGTON, INC.
13

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28