1    LUANNE SACKS (CA Bar No. 120811)
     luanne.sacks@dlapiper.com
2    CARTER W. OTT (CA Bar No. 221660)
     carter.ott@dlapiper.com
3    DLA PIPER US LLP
     153 Townsend Street, Suite 800
4    San Francisco, CA  94107-1957
     Tel:  415.836.2500
5    Fax:  415.836.2501

6    STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
     Washington Bar No. 9309
7    stellman.keehnel@dlapiper.com
     KIT W. ROTH (Admitted *Pro Hac Vice*)
8    Washington Bar No. 33059
     kit.roth@dlapiper.com
9    R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
     Washington Bar No. 35400
10   omar.riojas@dlapiper.com
     PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
11   Washington Bar No. 40292
     patrick.jordan@dlapiper.com
12   DLA PIPER US LLP
     701 Fifth Avenue, Suite 7000
13   Seattle, WA  98104-7044
     Tel:  206.839.4800
14   Fax:  206.839.4801

15   Attorneys for Defendant
     EXPEDITORS INTERNATIONAL OF
16   WASHINGTON, INC.

17                UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20   RICHARD KINGERY, an individual, on     CASE NO.  3:08-cv-02510-SC
     behalf of himself, and on behalf of all
21   persons similarly situated,           **CERTIFICATE OF SERVICE**

22            Plaintiff(s),

23          v.

24   EXPEDITORS INTERNATIONAL OF
     WASHINGTON, INC., a Washington
25   corporation conducting business in the
     State of California, and Does 1 to 10,
26
           Defendant(s).
27

28   /////

WEST\21462738.1

-1-

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104. On August 15, 2008, I served the within documents:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Seattle, Washington addressed as set forth below.

☐      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Walter L. Haines                Attorneys for Plaintiff
United Employers Law Group, P.C.    RICHARD KINGERY
65 Pine Avenue, Suite 312
Long Beach, CA 90802
Tel: 877-696-8378
Fax: 562-256-1006
Email: walter@whaines.com

Mark Clare Hinkley           Attorneys for Plaintiff
Morris and Associates         RICHARD KINGERY
444 West C Street, Suite 300
San Diego, CA 92101
Tel: 619-239-1300
Fax: 619-234-3672

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 15, 2008, at Seattle, Washington.

*Patsy Howson*
PATSY HOWSON

DLA PIPER US LLP

WEST\21462738.1

-2-

CERTIFICATE OF SERVICE
CASE NO. 3:08-cv-02510-SC