1  Stephen B. Morris (SBN 126192)
   Mark C. Hinkley (SBN 138759)
2  MORRIS and ASSOCIATES
   444 West C Street, Suite 300
3  San Diego, California 92101
   (619) 239-1300
4

5  Walter Haines, Esq. (CSB #71075)
   UNITED EMPLOYEES LAW GROUP
6  65 Pine Ave, #312
   Long Beach, California 90802
7  Telephone:     (877) 696-8378
   Facsimile: (562) 256-1006
8

9  Attorneys for Plaintiff, Richard Kingery

10

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  RICHARD KINGERY, an individual,    )  CASE NO. CV08-2510 SC
    on behalf of himself and on behalf of all )
17  persons similarly situated,        )  Honorable Judge Samuel Conti
                                       )  Courtroom: 1, 17th Floor
18          Plaintiff,                 )
                                       )  **REQUEST FOR A TELEPHONIC**
19  vs.                                )  **APPEARANCE**
                                       )
20  EXPEDITORS INTERNATIONAL OF        )
    WASHINGTON, INC., a Washington     )
21  corporation conducting business in the )
    State of California, and Does 1 to 10. )
22                                     )
            Defendants.                )
23  _____    )

24          I, Stephen B. Morris respectfully request a telephonic appearance on

25  September 5, 2008 for the 10:00 a.m. Expeditor's Case Management Conference.

26

27

28

---

Kingery v. Expeditors International           1              Rqst for tele.appearance

1 | DATED: August 27, 2008      **MORRIS and ASSOCIATES**

By: _____
Stephen B. Morris
Attorneys for Plaintiff

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA || FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated): Kingery v. Expeditors International || |
| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
| ATTORNEY(S) FOR:<br>Plaintiffs | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>CV 08-2510 SC |

## DECLARATION OF SERVICE BY MAIL

I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1.  **REQUEST FOR TELEPHONIC APPEARANCE**

X  BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee, on August 27, 2008.

| **Attorneys for Defendant:** | Stellman Keehnel |
|---|---|
| Luanne Sacks | Kit W. Roth |
| Carter W. Ott | R. Omar Riojas |
| DLA PIPER US LLP | Patrick T. Jordan |
| 153 Townsend Street, Suite 800 | DLA PIPER US LLP |
| San Francisco, CA 94107-1957 | 701 Fifth Avenue, Suite 7000 |
| | Seattle, WA 98104-7044 |

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on August 27, 2008 at San Diego, California.

_____
Jenna Sarinas

PROOF OF SERVICE BY MAIL