**Stephen B. Morris (SBN 126192)**
**Mark C. Hinkley (SBN 138759)**
**MORRIS and ASSOCIATES**
**444 West C Street, Suite 300**
**San Diego, California 92101**
**(619) 239-1300**

**Walter Haines, Esq. (CSB #71075)**
**UNITED EMPLOYEES LAW GROUP**
**65 Pine Ave, #312**
**Long Beach, California 90802**
**Telephone: (877) 696-8378**
**Facsimile: (562) 256-1006**

Attorneys for Plaintiff, Richard Kingery

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10.<br><br>Defendants. | CASE NO. CV08-2510 SC<br><br>Honorable Judge Samuel Conti<br>Courtroom: 1, 17th Floor<br><br>**REQUEST FOR A TELEPHONIC APPEARANCE** |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Samuel Conti

I, Stephen B. Morris respectfully request a telephonic appearance on September 5, 2008 for the 10:00 a.m. Expeditor's Case Management Conference .

DATED: August 27, 2008

**MORRIS and ASSOCIATES**

By: Stephen Morris

Stephen B. Morris
Attorneys for Plaintiff

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated): Kingery v. Expeditors International | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
| **ATTORNEY(S) FOR:**<br>Plaintiffs | **HEARING: DATE-TIME-DEPT** | **CASE NUMBER:**<br>CV 08-2510 SC |

## DECLARATION OF SERVICE BY MAIL

I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1. **REQUEST FOR TELEPHONIC APPEARANCE**

X BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee, on August 27, 2008.

**Attorneys for Defendant:**
Luanne Sacks
Carter W. Ott
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957

Stellman Keehnel
Kit W. Roth
R. Omar Riojas
Patrick T. Jordan
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on August 27, 2008 at San Diego, California.

Jenna Sarinas