LUANNE SACKS (CA Bar No. 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (CA Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
Washington Bar No. 9309
stellman.keehnel@dlapiper.com
KIT W. ROTH (Admitted *Pro Hac Vice*)
Washington Bar No. 33059
kit.roth@dlapiper.com
R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
Washington Bar No. 35400
omar.riojas@dlapiper.com
PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
Washington Bar No. 40292
patrick.jordan@dlapiper.com
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Tel: 206.839.4800
Fax: 206.839.4801

Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10,<br><br>Defendants | CASE NO. 3:08-cv-02510-SC<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest (as defined in 28 U.S.C. 455 (d)(4)) in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
5  matter or in a party that could be substantially affected by the outcome of this proceeding:

6      1.    James J. Casey – Director of Defendant
7      2.    Mark A. Emmert – Director of Defendant
8      3.    R. Jordan Gates – Director of Defendant
9      4.    Dan P. Kourkoumelis – Director of Defendant
10     5.    Michael J. Malone – Director of Defendant
11     6.    John W. Meisenbach – Director of Defendant
12     7.    Peter J. Rose – Director of Defendant
13     8.    James L.K. Wang – Director of Defendant
14     9.    Robert R. Wright – Director of Defendant

15 Defendant does not have a parent corporation, and no publicly held corporation owns 10%
16 or more of Defendant's stock.

17 Dated:  August 28, 2008

18                       DLA PIPER US LLP

19
20                       By      /s/ Stellman Keehnel
                      STELLMAN KEEHNEL
21                       LUANNE SACKS (CA Bar No. 120811)
                      Attorneys for Defendant
22                       EXPEDITORS INTERNATIONAL OF
                      WASHINGTON, INC.