1  LUANNE SACKS (CA Bar No. 120811)
   luanne.sacks@dlapiper.com
2  CARTER W. OTT (CA Bar No. 221660)
   carter.ott@dlapiper.com
3  DLA PIPER US LLP
   153 Townsend Street, Suite 800
4  San Francisco, CA 94107-1957
   Tel: 415.836.2500
5  Fax: 415.836.2501

6  STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
   Washington Bar No. 9309
7  stellman.keehnel@dlapiper.com
   KIT W. ROTH (Admitted *Pro Hac Vice*)
8  Washington Bar No. 33059
   kit.roth@dlapiper.com
9  R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
   Washington Bar No. 35400
10 omar.riojas@dlapiper.com
   PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
11 Washington Bar No. 40292
   patrick.jordan@dlapiper.com
12 DLA PIPER US LLP
   701 Fifth Avenue, Suite 7000
13 Seattle, WA 98104-7044
   Tel: 206.839.4800
14 Fax: 206.839.4801

15 Attorneys for Defendant
   EXPEDITORS INTERNATIONAL OF
16 WASHINGTON, INC.

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20 RICHARD KINGERY, an individual, on      CASE NO. 3:08-cv-02510-SC
   behalf of himself, and on behalf of all
21 persons similarly situated,             **CERTIFICATE OF SERVICE**

22              Plaintiff(s),

23        v.

24 EXPEDITORS INTERNATIONAL OF
   WASHINGTON, INC., a Washington
25 corporation conducting business in the
   State of California, and Does 1 to 10,
26
               Defendant(s).
27

28 /////

DLA PIPER US LLP

WEST\21505203.1

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104. On August 28, 2008, I served the within documents:

**JOINT CASE MANAGEMENT STATEMENT**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Seattle, Washington addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Walter L. Haines<br>United Employers Law Group, P.C.<br>65 Pine Avenue, Suite 312<br>Long Beach, CA 90802<br>Tel: 877-696-8378<br>Fax: 562-256-1006<br>Email: walter@whaines.com | Attorneys for Plaintiff<br>RICHARD KINGERY |
| Mark Clare Hinkley<br>Morris and Associates<br>444 West C Street, Suite 300<br>San Diego, CA 92101<br>Tel: 619-239-1300<br>Fax: 619-234-3672 | Attorneys for Plaintiff<br>RICHARD KINGERY |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 28, 2008, at Seattle, Washington.

_____
Karen Hansen

DLA PIPER US LLP

WEST\21505203.1

CERTIFICATE OF SERVICE
CASE NO. 3:08-cv-02510-SC