```
 1  Stephen B. Morris (SBN 126192)
    Mark C. Hinkley (SBN 138759)
 2  MORRIS and ASSOCIATES
    444 West C Street, Suite 300
 3  San Diego, California 92101
    (619) 239-1300
 4

 5  Walter Haines, Esq. (CSB #71075)
    UNITED EMPLOYEES LAW GROUP
 6  65 Pine Ave, #312
    Long Beach, California 90802
 7  Telephone:(877) 696-8378
    Facsimile: (562) 256-1006
 8

 9  Attorneys for Plaintiff, Richard Kingery

10

11

12
                     UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15
    RICHARD KINGERY, an individual,    )  CASE NO. CV08-2510 SC
16  on behalf of himself and on behalf of all )
    persons similarly situated,         )
17                                      )
              Plaintiff,                )  ADR CERTIFICATION BY
18                                      )  PARTIES AND COUNSEL
    vs.                                 )
19                                      )
    EXPEDITORS INTERNATIONAL OF         )
20  WASHINGTON, INC., a Washington      )
    corporation conducting business in the )
21  State of California, and Does 1 to 10. )
                                        )
22        Defendants.                   )
                                        )
23  _____)

24        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the

25  undersigned certifies that he has:

26        (1)    Read the handbook entitled "Dispute Resolution Procedures in the

27  Northern District of California" on the Court's ADR Internet site

28  www.adr.cand.uscourts.gov;
```

1      (2)    Discussed the available dispute resolution options provided by the
2  Court and private entities; and
3      (3)    Considered whether this case might benefit from any of the available
4  dispute options.

DATED:    August 29, 2008                **MORRIS and ASSOCIATES**

By:   *Stephen Morris*
Stephen B. Morris
Attorneys for Plaintiff

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated): Kingery v. Expeditors International | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
| **ATTORNEY(S) FOR:**<br>Plaintiff | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>CV 08-2510 SC |

## DECLARATION OF SERVICE BY MAIL

    I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

    1.    ADR CERTIFICATION BY PARTIES AND COUNSEL

X    BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee, on August 29, 2008.

| **Attorneys for Defendant:** | |
|---|---|
| Luanne Sacks | Stellman Keehnel |
| Carter W. Ott | Kit W. Roth |
| DLA PIPER US LLP | R. Omar Riojas |
| 153 Townsend Street, Suite 800 | Patrick T. Jordan |
| San Francisco, CA 94107-1957 | DLA PIPER US LLP |
| | 701 Fifth Avenue, Suite 7000 |
| | Seattle, WA 98104-7044 |

    I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on August 29, 2008 at San Diego, California.

*/s/ Jenna Sarinas*
Jenna Sarinas

PROOF OF SERVICE BY MAIL