LUANNE SACKS (Bar No. 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
Washington Bar No. 9309
stellman.keehnel@dlapiper.com
KIT W. ROTH (Admitted *Pro Hac Vice*)
Washington Bar No. 33059
kit.roth@dlapiper.com
R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
Washington Bar No. 35400
omar.riojas@dlapiper.com
PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
Washington Bar No. 40292
patrick.jordan@dlapiper.com
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Tel: 206.839.4800
Fax: 206.839.4801

Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10,<br><br>Defendant(s). | CASE NO. 3:08-cv-02510-SC<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

1  The parties' Joint Case Management Statement (Docket #26) is hereby adopted by the
2  Court as the Case Management Order for the case and the parties are ordered to comply with this
3  Order.
4
5
6  Dated: _____
   
                                                    _____
                                                    HON. SAMUEL CONTI
7                                                   UNITED STATES DISTRICT JUDGE