UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-2510          SAMUEL CONTI           DATE 9/5/08
Case Number        Judge

Title: RICHARD KINGERY          vs EXPEDITORS INTERNATIONAL

Attorneys: STEPHEN MORRIS          LUANNE SACKS

Deputy Clerk: T. De Martini   Court Reporter: Katherine Sullivan

Court   Pltf's   Deft's
(xxx)   ( )      ( )    1. Status Conference - Held

( )     ( )      ( )    2.

( )     ( )      ( )    3.

( )     ( )      ( )    4.

( )     ( )      ( )    5.

( ) Motion(s): ( ) Granted ( ) Denied ( ) Withdrawn

( ) Granted/Denied ( ) Off Calendar ( ) Submitted

Order to be Prepared by: ( ) Pltf ( ) Deft ( ) Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court Trial

Case Continued to 2/20/09 @ 10:00 A.M. for Further Status Conference

Case Continued to 2/20/09 @ 10:00 A.M. for Plaintiff's Motion to
                                        Certify the Class

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:_____