| | |
|---|---|
| 1 | LUANNE SACKS (CA Bar No. 120811) |
| | luanne.sacks@dlapiper.com |
| 2 | CARTER W. OTT (CA Bar No. 221660) |
| | carter.ott@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA  94105 |
| | Tel:  415.836.2500 |
| 5 | Fax:  415.836.2501 |
| 6 | STELLMAN KEEHNEL (Admitted *Pro Hac Vice*) |
| | Washington Bar No. 9309 |
| 7 | stellman.keehnel@dlapiper.com |
| | KIT W. ROTH (Admitted *Pro Hac Vice*) |
| 8 | Washington Bar No. 33059 |
| | kit.roth@dlapiper.com |
| 9 | R. OMAR RIOJAS (Admitted *Pro Hac Vice*) |
| | Washington Bar No. 35400 |
| 10 | omar.riojas@dlapiper.com |
| | PATRICK T. JORDAN (Admitted *Pro Hac Vice*) |
| 11 | Washington Bar No. 40292 |
| | patrick.jordan@dlapiper.com |
| 12 | DLA PIPER LLP (US) |
| | 701 Fifth Avenue, Suite 7000 |
| 13 | Seattle, WA  98104-7044 |
| | Tel:  206.839.4800 |
| 14 | Fax: 206.839.4801 |
| 15 | Attorneys for Defendant |
| | EXPEDITORS INTERNATIONAL OF |
| 16 | WASHINGTON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO.  3:08-cv-02510-SC |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER STRIKING PLAINTIFF'S CLASS AVERMENTS AND DISMISSING CLASS CLAIMS** |
| v. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10, | |
| Defendant(s). | |

Defendant Expeditors International of Washington, Inc. ("Expeditors") and Plaintiff Richard Kingery, through their respective counsel of record, hereby stipulate and seek an order as follows:

1. Following his deposition on November 21, 2008, Plaintiff concluded that class treatment in this matter would not be appropriate. Thereafter, the parties met and conferred and stipulated that Plaintiff will strike all class averments and dismiss with prejudice all claims he alleged in the Complaint on behalf of his proposed class, defined as "all Supervisors and Assistant Managers employed in the United States by Defendant during the Claims Period" (the "Class"). *See* Dkt. #1. Specifically, Plaintiff agreed to strike all Class averments and dismiss with prejudice the Class claims with respect to Plaintiff's proposed nationwide class (pursuant to 29 § U.S.C. 216(b)) for violation of the Fair Labor Standards Act (Plaintiff's First Cause of Action) and the Class averments and Class claims with respect to Plaintiff's proposed California state class for violation of (1) California Labor Code requirements pursuant to Cal. Lab. Code §§ 510, 515.5, 1194, and 1198 (Plaintiff's Second Cause of Action); (2) the California Labor Code requirements for meal and rest periods pursuant to Cal. Lab. Code §§ 226.7 and 512 (Plaintiff's Third Cause of Action); (3) the California Labor Code requirements for payment of wages at termination pursuant to Cal. Lab. Code § 203 (Plaintiff's Fourth Cause of Action); (4) the California Labor Code requirements for itemized statements pursuant to Cal. Lab. Code § 226 (Plaintiff's Fifth Cause of Action); and (5) unlawful business practices pursuant to Cal. Bus. & Prof. Code § 17200 (Plaintiff's Sixth Cause of Action).

2. The parties further agreed that, following the Court's entry of dismissal regarding Plaintiff's Class claims, Plaintiff will amend his Complaint by February 23, 2009 to reflect that he prosecutes the claims averred therein solely in his individual capacity by striking all class averments from the Complaint. The parties further agreed that Expeditors will answer the amended complaint within twenty days following service.

///
///
///

1  IT IS SO STIPULATED.

2  Dated: February 17, 2009

4  MORRIS AND ASSOCIATES          DLA PIPER LLP (US)

6  By  /s/ Stephen B. Morris          By  /s/ Carter W. Ott
    STEPHEN B. MORRIS                  LUANNE SACKS
    Attorneys for Plaintiff            CARTER W. OTT
    RICHARD KINGERY                    STELLMAN KEEHNEL
                                       Attorneys for Defendant
                                       EXPEDITORS INTERNATIONAL OF
                                       WASHINGTON, INC.

## ORDER

The Parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Plaintiff's nationwide and California state class claims alleged on behalf of his proposed class, defined as "all Supervisors and Assistant Managers employed in the United States by Defendant during the Claims Period," for violation of (1) the Fair Labor Standards Act (29 § U.S.C. 216(b)); (2) the California Labor Code requirements for overtime (Cal. Lab. Code §§ 510, 515.5, 1194); (3) the California Labor Code requirements for meal and rest periods (Cal. Lab. Code §§ 226.7 and 512); (4) the California Labor Code requirements for payment of wages at termination (Cal. Lab. Code § 203); (5) the California Labor Code requirements for itemized statements (Cal. Lab. Code § 226); and (6) unlawful business practices (Cal. Bus. & Prof. Code § 17200), are hereby dismissed with prejudice.

2. Plaintiff shall amend his Complaint by February 23, 2009 to reflect that he prosecutes the claims alleged therein solely in his individual capacity and shall strike all class

/////

/////

/////

1 | averments from his Complaint. Expeditors shall answer the amended complaint within twenty
2 | days following service.
3 |     IT IS SO ORDERED.
4 |
5 | Dated: 2/18/09

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

| | |
|---|---|
| 1 | LUANNE SACKS (CA Bar No. 120811) |
|   | luanne.sacks@dlapiper.com |
| 2 | CARTER W. OTT (CA Bar No. 221660) |
|   | carter.ott@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA  94105 |
|   | Tel:  415.836.2500 |
| 5 | Fax:  415.836.2501 |
| 6 | STELLMAN KEEHNEL (Admitted *Pro Hac Vice*) |
|   | Washington Bar No. 9309 |
| 7 | stellman.keehnel@dlapiper.com |
|   | KIT W. ROTH (Admitted *Pro Hac Vice*) |
| 8 | Washington Bar No. 33059 |
|   | kit.roth@dlapiper.com |
| 9 | R. OMAR RIOJAS (Admitted *Pro Hac Vice*) |
|   | Washington Bar No. 35400 |
| 10 | omar.riojas@dlapiper.com |
|   | PATRICK T. JORDAN (Admitted *Pro Hac Vice*) |
| 11 | Washington Bar No. 40292 |
|   | patrick.jordan@dlapiper.com |
| 12 | DLA PIPER LLP (US) |
|   | 701 Fifth Avenue, Suite 7000 |
| 13 | Seattle, WA  98104-7044 |
|   | Tel:  206.839.4800 |
| 14 | Fax:  206.839.4801 |
| 15 | Attorneys for Defendant |
|   | EXPEDITORS INTERNATIONAL OF |
| 16 | WASHINGTON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO.  3:08-cv-02510-SC |
| 21 | | **DEFENDANT'S NOTICE OF FILING PURSUANT TO GENERAL ORDER 45, X.B.** |
| 22 | Plaintiff(s), | |
| 23 | v. | |
| 24 | EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10, | |
| 25 | | |
| 26 | | |
| 27 | Defendant(s). | |

1 | I, Carter W. Ott, am the ECF User whose ID and password are being used to file the following document:

STIPULATION AND [PROPOSED] ORDER STRIKING PLAINTIFF'S CLASS AVERMENTS AND DISMISSING CLASS CLAIMS

In compliance with General Order 45, X.B., I hereby attest that STEPHEN B. MORRIS has concurred in this filing.

Respectfully submitted,

Dated: February 17, 2009

DLA PIPER LLP (US)


By ___/s/ Carter W. Ott___
CARTER W. OTT
Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.