1  LUANNE SACKS (CA Bar No. 120811)
   luanne.sacks@dlapiper.com
2  CARTER W. OTT (CA Bar No. 221660)
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  STELLMAN KEEHNEL (Admitted *Pro Hac Vice*)
   Washington Bar No. 9309
7  stellman.keehnel@dlapiper.com
   KIT W. ROTH (Admitted *Pro Hac Vice*)
8  Washington Bar No. 33059
   kit.roth@dlapiper.com
9  R. OMAR RIOJAS (Admitted *Pro Hac Vice*)
   Washington Bar No. 35400
10 omar.riojas@dlapiper.com
   PATRICK T. JORDAN (Admitted *Pro Hac Vice*)
11 Washington Bar No. 40292
   patrick.jordan@dlapiper.com
12 DLA PIPER LLP (US)
   701 Fifth Avenue, Suite 7000
13 Seattle, WA  98104-7044
   Tel: 206.839.4800
14 Fax: 206.839.4801

15 Attorneys for Defendant
   EXPEDITORS INTERNATIONAL OF
16 WASHINGTON, INC.

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all<br>21  persons similarly situated,<br>22         Plaintiff(s),<br>23      v.<br>24  EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington<br>25  corporation conducting business in the State of California,<br>26         Defendant(s).<br>27 | CASE NO.  3:08-cv-02510-SC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

28

THE PARTIES HERETO, through their respective counsel of record, hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41:

1. The First Amended Complaint For Damages And Relief is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

IT IS SO STIPULATED.

Dated: April 20, 2009

MORRIS AND ASSOCIATES

By /s/ Stephen B. Morris
STEPHEN B. MORRIS
Attorneys for Plaintiff
RICHARD KINGERY

DLA PIPER LLP (US)

By /s/ Carter W. Ott
LUANNE SACKS
CARTER W. OTT
Attorneys for Defendant
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

**ORDER**

IT IS SO ORDERED.

Dated: 4/20/09

_____
HON. [signature: Judge Samuel Conti]
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | LUANNE SACKS (CA Bar No. 120811) |
|   | luanne.sacks@dlapiper.com |
| 2 | CARTER W. OTT (CA Bar No. 221660) |
|   | carter.ott@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA 94105 |
|   | Tel: 415.836.2500 |
| 5 | Fax: 415.836.2501 |
| 6 | STELLMAN KEEHNEL (Admitted *Pro Hac Vice*) |
|   | Washington Bar No. 9309 |
| 7 | stellman.keehnel@dlapiper.com |
|   | KIT W. ROTH (Admitted *Pro Hac Vice*) |
| 8 | Washington Bar No. 33059 |
|   | kit.roth@dlapiper.com |
| 9 | R. OMAR RIOJAS (Admitted *Pro Hac Vice*) |
|   | Washington Bar No. 35400 |
| 10 | omar.riojas@dlapiper.com |
|   | PATRICK T. JORDAN (Admitted *Pro Hac Vice*) |
| 11 | Washington Bar No. 40292 |
|   | patrick.jordan@dlapiper.com |
| 12 | DLA PIPER LLP (US) |
|   | 701 Fifth Avenue, Suite 7000 |
| 13 | Seattle, WA 98104-7044 |
|   | Tel: 206.839.4800 |
| 14 | Fax: 206.839.4801 |
| 15 | Attorneys for Defendant |
|   | EXPEDITORS INTERNATIONAL OF |
| 16 | WASHINGTON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | RICHARD KINGERY, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. 3:08-cv-02510-SC |
| 21 | | **DEFENDANT'S NOTICE OF FILING PURSUANT TO GENERAL ORDER 45, X.B.** |
| 22 | Plaintiff(s), | |
| 23 | v. | |
| 24 | EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation conducting business in the State of California, and Does 1 to 10, | |
| 25 | | |
| 26 | Defendant(s). | |

DLA PIPER LLP (US)

WEST\21658126.2

-1-
DEFENDANT'S NOTICE OF FILING PURSUANT TO GENERAL ORDER 45, X.B.
CASE NO. 3:08-cv-02510-SC

1  I, Carter W. Ott, am the ECF User whose ID and password are being used to file the
2  following document: **STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO**
3  **FED. R. CIV. P. 41**.
4  In compliance with General Order 45, X.B., I hereby attest that STEPHEN B. MORRIS
5  has concurred in this filing.
6  Respectfully submitted,

8  Dated: April 20, 2009       DLA PIPER LLP (US)

10  By      /s/ Carter W. Ott
        CARTER W. OTT
11      Attorneys for Defendant
        EXPEDITORS INTERNATIONAL OF
12      WASHINGTON, INC.

DLA Piper LLP (US)

WEST\21658126.2

-2-
DEFENDANT'S NOTICE OF FILING PURSUANT TO GENERAL ORDER 45, X.B.
CASE NO. 3:08-cv-02510-SC